**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| LINDA SMITH, a person under guardianship, by her legal guardian and next friend MARY DOE, and MARY DOE, individually | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) ) | |
| v. | ) ) | **CIVIL ACTION NO. 4:16-cv-40055-TSH** |
| THE HARLEYSVILLE WORCESTER INSURANCE COMPANY | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

**ORDER**

**May 18, 2017**

Hennessy, M.J.

After reviewing the submissions and hearing the arguments of the parties, the Court GRANTS Plaintiffs' Motions to Compel (Docket #21, 27) and orders the following:

1. With regard to Requests for Production of Documents #5, 13, and 17, Defendant Harleysville Worcester Insurance Company ("Harleysville") shall produce, subject to the protective order (see Docket #20), all responsive Tymetrix records;

2. To the extent that the responsive Tymetrix records contain information which Defendant believes is protected by privilege or the work-product doctrine, Defendant Harleysville and Plaintiffs are directed to confer about the need for such information, remedies such as

redaction, and any other considerations in an effort to effect the timely production of responsive documents;

3. The parties are invited to raise with this Court's session any privilege or work-product issues that may arise, using the procedure described in the addendum to the Scheduling Order, (see Docket #32);

4. With regard to Interrogatory #3, 4, 11, 15, and 18, Defendant Harleysville is directed to supplement its answers to those interrogatories by providing the names of any persons who reviewed the Tymetrix records on behalf of Nationwide and/or Harleysville;

5. Defendant Harleysville is to fully comply with this Order on or before May 31, 2017;

6. Finally, with regard to attorney's fees in connection with the instant motion practice, the Court defers any ruling pending Defendant's compliance with this Order.

For the reasons stated on the record, the Motions to Compel Discovery (Docket #21, 27) are GRANTED.

/s/ David H. Hennessy
David H. Hennessy
UNITED STATES MAGISTRATE JUDGE